AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Andrew Green, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-366-RMG |
| Kanye West, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Green and Shirley Green, as legal guardians of N.G. (a minor child) and Andreia Samoria Green    .

Date:   02/15/2019

/s/ Ryan A. Love
*Attorney's signature*

Ryan A. Love 12828
*Printed name and bar number*
Garrett Law Offices, LLC
1075 E. Montague Ave.
North Charleston, SC 29405

*Address*

rlove@garrettlawsc.com
*E-mail address*

(843) 554-5515
*Telephone number*

(843) 747-3198
*FAX number*