IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Andrew Green and Shirley Green, as legal guardians of N.G. (a minor child) and Andreia Samoria Green, <br><br> Plaintiffs, <br><br> vs. <br><br> Kanye West; Getting Out Our Dreams, II, LLC; UMG Recordings, Inc. a/k/a Universal Music Group; Def Jam Recordings; Cydel Young d/b/a Mr. Redan Music a/k/a Mr. Redan; BMG Rights Management (US), LLC a/k/a BMG Platinum Songs US and John Does 1-30, <br><br> Defendants. | Civil Action No. 2:19-00366-RMG <br><br><br><br><br><br><br> CONSENT MOTION FOR LEAVE OF DEFENDANTS KANYE WEST AND GETTING OUT OUR DREAMS, II, LLC TO APPEAR AT MEDIATION THROUGH A JOINT REPRESENTATIVE |

Defendants Kanye West ("West") and Getting Out Our Dreams, II, LLC ("GOOD II") (together, the "West Defendants"), with the consent of Defendants Def Jam Recordings and UMG Recordings, Inc., and Plaintiffs Andrew Green and Shirley Green, as legal guardians of N.G. (a minor child) and Andreia Samoria Green (collectively, the "Parties"), move the Court for relief from the obligation to be present in person at the mediation and for leave to appear at the mediation through a joint representative, Maximilian Jo, who will appear in person at the mediation and have full settlement authority for the West Defendants. Mr. Jo is General Counsel for the West Defendants.

To facilitate settlement of this action, the Parties have agreed to stay discovery for thirty days and conduct early mediation within the next thirty days. The Court's Order dated August 14, 2019 provides that a party may file a motion if "any reason exists why any person, party, or counsel subject to this Order should not attend this mediation." (ECF No. 42.) The West Defendants

respectfully request the Court allow Mr. Jo to attend the mediation on behalf of the West Defendants due to Mr. West's previously scheduled work and travel commitments out-of-state. Plaintiffs and Defendants Def Jam Recordings and UMG Recordings, Inc. consent to the West Defendants' request, and the Parties do not believe that Mr. West's physical absence from the mediation will impede settlement negotiations as Mr. Jo will have full settlement authority for the West Defendants.

**WE SO MOVE AND CONSENT:**

By: /s/ M. Kathleen McTighe Mellen
    John C. McElwaine
    Federal Bar No. 6710
    E-Mail: john.mcelwaine@nelsonmullins.com
    Robert W. Whelan
    Federal Bar No. 9242
    E-Mail: robert.whelan@nelsonmullins.com
    M. Kathleen McTighe Mellen
    Federal Bar No. 11652
    E-Mail: katie.mellen@nelsonmullins.com
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

*Attorneys for Kanye West, Getting Out Our Dreams, II, LLC, Def Jam Recordings and UMG Recordings, Inc.*

*[SIGNATURES CONTINUED ON FOLLOWING PAGE]*

**WE SO CONSENT:**

By: /s/ Jason Scott Luck
    Jason Scott Luck
    Federal Bar No. 9696
    E-Mail: jluck@garrettlawsc.com
    Ryan A. Love
    Federal Bar No. 12828
    E-Mail: rlove@garrettlawsc.com
    GARRETT LAW OFFICES, LLC
    1075 E. Montague Ave.
    North Charleston, SC  29405
    (843) 554-5515

*Attorneys for Plaintiffs*

Charleston, South Carolina

November 15, 2019