IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Andrew Green and Shirley Green, as legal guardians of N.G. (a minor child) and Andreia Samoria Green,<br><br>    Plaintiffs,<br><br>v.<br><br>Kanye West; Getting Out Our Dreams, II, LLC; UMG Recordings, Inc. a/k/a Universal Music Group; Def Jam Recordings; Cydel Young d/b/a Mr. Redan Music a/k/a Redan; BMG Rights Management (US), LLC a/k/a BMG Platinum Songs US and John Does 1-30;<br><br>    Defendants. | Case No. 2:19-CV-00366-RMG<br><br>**DEFENDANTS' EXPERT WITNESS DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendants Kanye West, Getting Out Our Dreams, II, LLC, UMG Recordings, Inc. a/k/a Universal Music Group, and Def Jam Recordings (collectively, "Defendants") hereby disclose and reserve the right to call at trial the following expert witnesses:

1. Julie Sessing-Turner
   1125 E. Broadway #38
   Glendale, CA 91205
   (818) 790-7269

2. Paul Geluso
   82 Washington Square E
   New York, NY 10003
   (212) 992-6708

3. Jason King, Ph.D
   370 Jay Street
   Floor 6
   Brooklyn, NY 11201
   (212) 992-8400

12506583.1

2

4.     William Hart
    1208 Newning Ave.
    Austin, TX 78704
    (202) 518-7820

5.     Barry Massarsky
    1120 Avenue of the Americas
    Fourth Floor
    New York, NY 10036
    (212) 626-6858

Each expert's report, which contains the requisite information pursuant to Rule 26(a)(2)(B), is being provided concurrently with these disclosures. Each expert may be contacted through counsel for Defendants.

Defendants, and their experts, reserve their right to supplement their reports and reserve all other rights under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

12506583.1

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ ROBERT W. WHELAN
John C. McElwaine
Federal Bar No. 6710
E-Mail: john.mcelwaine@nelsonmullins.com
Robert W. Whelan
Federal Bar No. 9242
E-Mail: robert.whelan@nelsonmullins.com
M. Kathleen McTighe Mellen
Federal Bar No. 11652
E-Mail: katie.mellen@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200


MITCHELL SILBERBERG & KNUPP LLP

Eleanor M. Lackman (*admitted pro hac vice*)
E-mail: eml@msk.com
Mark Humphrey (*admitted pro hac vice*)
E-mail: mxh@msk.com
2049 Century Park East, 18th Fl.
Los Angeles, CA 90067
(310) 312-2000

*Attorneys for Defendants Kanye West, Getting Out Our Dreams, II, LLC, Def Jam Recordings and UMG Recordings, Inc.*

Charleston, South Carolina

September 21, 2020

3

12506583.1