

**EXHIBIT A**

← **Tweet**

 **ye** ✓
@kanyewest

 Dear Kanye and Joel: Due to the pending litigation between Kanye and UMG I have been advised by counsel that I cannot engage in a direct conversation with you (Kanye) at this time. I am sorry. Best, Jeff

Jeff you gone let these white people tell you not to talk to me ?

They cut our tongues on the slave boats

I'm getting us free

Love you brother

I feel you should quit Universal before not speaking to Kanye west

Prince is dead

Michael is dead

Let's let that not be in vain

9:38 PM · Sep 24, 2020 · Twitter for iPhone